UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAWN A. MOORE and DEDE JARDINE, individuals,<br><br>　　Plaintiffs,<br><br>vs.<br><br>DEER VALLEY TRUCKING, INC., an Idaho corporation,<br><br>　　Defendant. | CASE: 4:13-CV-46-BLW<br><br>ORDER EXTENDING MEDIATION DEADLINE |

This matter having come before the Court by means of the Joint Motion to Extend Mediation Deadline, and good cause having been shown,

IT IS HEREBY ORDERED that the Stipulation (docket no. 17) is APPROVED, and the deadline for mediation shall be extended to May 28, 2014.

DATED: March 26, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court