James D. Holman, Esq., ISB #2547
THOMSEN HOLMAN WHEILER, PLLC
2635 Channing Way
Idaho Falls, ID  83404
Telephone  (208) 522-1230
Fax  (208) 522-1277
holman@thwlaw.com

  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAWN A. MOORE and DeDe JARDINE, ) | Case No. 4:13-cv-00046-BLW |
| ) | |
|    Plaintiffs, ) | |
| ) | MOTION FOR LIQUIDATED DAMAGES |
| v. ) | [29 U.S.C. § 216(b)] |
| ) | |
| DEER VALLEY TRUCKING, INC., ) | |
| ) | |
|    Defendant. ) | |
|                                  ) | |

Plaintiff DeDe Jardine and Shawn Moore hereby move the court for an award of liquidated damages as follows:

1. On October 8, 2014 the jury returned a verdict in favor of plaintiffs in the amount of $7,450.00 to DeDe Jardine and $6,648.72 to Shawn Moore.

2. Pursuant to 29 U.S.C. § 216(b), plaintiff is entitled to "unpaid overtime compensation . . . in an additional equal amount as liquidated damages."

3. Defendant cannot prove the defense of good faith as required by 29 U.S.C. §260.

1 -   MOTION FOR LIQUIDATED DAMAGES [29 U.S.C. § 216(b)]

WHEREFORE, plaintiff prays that the court enter judgment in favor of plaintiffs in the amount of $7,450.00 as unpaid overtime wages, plus an additional equal amount of liquidated damages to DeDe Jardine and in the amount of $6,648.72 as unpaid overtime wages, plus an additional equal amount of liquidated damages to Shawn Moore for a total judgment of $14,900.00 to DeDe Jardine and $13,297.44 to Shawn Moore, subject to plaintiff's motion for award of attorney fees and costs pursuant to 29 U.S.C. 216(b).

This motion is supported by the Memorandum filed herewith. Oral argument is requested.

DATED this 14 day of October, 2014.

THOMSEN HOLMAN WHEILER, PLLC

By: _____/s/_____
James D. Holman, Esq.

2 -    MOTION FOR LIQUIDATED DAMAGES [29 U.S.C. § 216(b)]

## CERTIFICATE OF SERVICE

      I hereby certify that on October 14, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

JOHN M AVONDET ESQ  
BEARD ST CLAIR GAFFNEY PA            javondet@beardstclair.com  
2105 CORONADO  
IDAHO FALLS ID 83404-7495

                            THOMSEN HOLMAN WHEILER, PLLC

                            By: _____/s/_____  
                                   James D. Holman, Esq.

JDH:clm  
9561\023 Motion Liquidated Damages

3 -     MOTION FOR LIQUIDATED DAMAGES [29 U.S.C. § 216(b)]