AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| Shawn A. Moore and Dede Jardine<br>*Plaintiff*<br>v.<br>Deer Valley Trucking, Inc.<br>*Defendant* | )<br>)<br>)  Civil Action No. 4:13-cv-00046-BLW<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** the plaintiff Shawn A. Moore recover from the defendant Deer Valley Trucking, Inc. the amount of $6,648.72, and plaintiff Dede Jardine recover from the defendant Deer Valley Trucking, Inc., the amount of $7,450.00, which includes interest at the prescribed rate under 28 U.S.C. § 1961, along with costs.

This action was *(check one)*:

☑ **tried by a jury with Judge** B. Lynn Winmill _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 10/15/2014

CLERK OF COURT

*Jamie A. Dearhart*
Signature of Clerk or Deputy Clerk